**STATE of Missouri, Respondent,**

v.

**Frankie PEREZ, Appellant.**

**No. WD 35923.**

Missouri Court of Appeals,
Western District.

Jan. 14, 1986.

Lee M. Nation, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SOMERVILLE, P.J., and PRITCHARD and BERREY, JJ.

ORDER

PER CURIAM:

Frankie Perez appeals a jury conviction for assault in the first degree, § 565.050, RSMo Supp.1984, and a sentence of (20) twenty-years imprisonment.

Judgment affirmed. Rule 30.25(b).

■

**Richard A. SEEFELDT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 36809.**

Missouri Court of Appeals,
Western District.

Jan. 14, 1986.

Joseph Locascio, Special Public Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, C.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM.

Appeal from denial after evidentiary hearing of a Rule 27.26 motion to vacate convictions.

Judgment affirmed. Rule 84.16(b).